UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:12-CR-403-1FL
Docket No. 5:12-CR-403-2FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BENJAMIN JAMES CARRAWAY | | |
| QUANDRE ROSHAWN WEEKS | ) | |
|    Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above cases, presently scheduled for Wednesday, August 7, 2013, in New Bern. The case is hereby CONTINUED to October 3, 2013 in New Bern, North Carolina.

This 9th day of July 2013.

Louise W. Flanagan
U.S. District Judge