# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Quandre Roshawn Weeks            Docket No. 5:12-CR-403-2FL

### Petition for Action on Conditions of Pretrial Release

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Quandre Roshawn Weeks, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 2nd day of August, 2019.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

- The defendant must report any change of address.

**PRAYING THAT THE COURT WILL ORDER**

The defendant's current address with Ms. Yuvonne Boi is no longer suitable. A more suitable address has been located for the defendant with his aunt, Diane Weeks, who resides at 201 South Alabama Avenue, Goldsboro, North Carolina 27530. The undersigned probation officer has inspected the proposed residence and the same is approved. It is respectively recommended that Ms. Yuvonne Boi be removed as third-party custodian and the defendant be allowed to relocate to the approved residence as noted above. Weeks continues to participate in the Home Detention program and remains in compliance.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Michael W. Dilda<br>Michael W. Dilda<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2342<br>Executed On: January 10, 2020 |

### ORDER OF THE COURT

Considered and ordered on January 10, 2020. It is further ordered that this document shall be filed and made a part of the records in the above case.

_/s/ Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge